RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN CHURCH, ISB #9391
Lead Deputy Attorney General
BENJAMIN SEVER, ISB #12120
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
ben.sever@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAMON, by and through next friend, G.C.; THOMAS, by and through next friend, C.G.; CAMERON, by and through next friend, B.E; ANTHONY; and WENDY, on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JULIET CHARRON, in her official capacity as Director, Idaho Department of Health and Welfare; SASHA O'CONNELL, in her official capacity as Deputy Director, Idaho Department of Health and Welfare; ROSS EDMUNDS, in his official capacity as Administrator, Division of Behavioral Health,<br><br>*Defendants*. | Case No. 1:25-cv-00676<br><br>**DECLARATION OF DAVID WELSH** |

I, David Welsh, hereby declare and swear as follows:

1. I am an adult citizen of the United States, am competent to testify to the matters stated herein, and make this declaration based on my own personal knowledge.

2. I am employed as the Idaho Executive Director for Magellan Healthcare, Inc. ("Magellan").

3. Magellan is a managed care organization that contracts with Idaho Department of Health and Welfare to administer the Idaho Behavioral Health Plan.

4. Assertive Community Treatment ("ACT") services became available under the Idaho Behavioral Health Plan in July 2024, with members beginning to receive ACT services around September 2024.

5. After Idaho Governor Brad Little issued Executive Order 2025-05 in August 2025, the Department of Health and Welfare requested that Magellan identify services that could be reduced to achieve a 4% net reduction.

6. Prior to the Executive Order, Magellan had already received communications from the state's private behavioral health hospitals indicating that they would pull out of the network or significantly reduce the amount of Medicaid members they serve absent a rate increase, effectively refusing Medicaid participants if Magellan decreased their reimbursement rates. This would risk eliminating private psychiatric hospitals as treatment options for Idahoans on Medicaid with severe and persistent mental illnesses.

7. Currently, there are about 200 individuals in Idaho who are beneficiaries of ACT services. Of those 200, approximately 150 individuals qualify for Medicaid.

8. Under federal law, ACT is an optional service that a State may make eligible for Medicaid reimbursement.

9. On October 31, 2025, Magellan notified providers that the ACT services bundled billing code would no longer be available, effective December 1, 2025.

10. On November 26, 2025, Magellan attempted to reach all Idaho members under the Idaho Behavioral Health Plan who had current ACT service authorizations via telephone to inform them that ACT as a bundled service would no longer be available effective December 1, 2025.

11. Though ACT is no longer available as a bundled service, the vast majority of its individual components remain available to Medicaid members. These services include the following:

    a. Psychiatric diagnostic and psychotherapy treatments (psychiatric diagnostic evaluation, psychotherapy, interactive complexity add-on, psychotherapy with evaluation and management services);

    b. Crisis Services (crisis intervention and telephonic crisis response);

    c. Skills Building and Rehabilitation (skills training and development, community based rehabilitative services—individual and group, individualized skills building treatment plan);

    d. Family Support (family support and family psychoeducation);

    e. Recovery and Coaching (recovery coaching—individual and group);

    f. Care Coordination and Case Management (behavioral health case management, targeted care coordination);

    g. Other services (office outpatient visits and injection);

    h. Additional services outside of ACT individual services (partial hospitalization programs and intensive outpatient programs).

12. Magellan will continue to maintain intensive care coordination to any Magellan member in need of assistance.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the forgoing statements are true and correct to the best of my knowledge and belief.

DATED: December 9, 2025

/s/ *David Welsh*
DAVID WELSH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on 12/09/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Donald Z. Gray
GIVENS PURSLEY LLP
dongray@givenspursley.com

Megann Elizabeth Meier
GIVENS PURSLEY LLP
mem@givenspursley.com

Preston N. Carter
GIVENS PURSLEY LLP
prestoncarter@givenspursley.com

Jeffrey S. Beelaert
GIVENS PURSLEY LLP
jbeelaert@givenspursley.com

*Attorneys for Plaintiffs*

/s/ *James E. M. Craig*
ATTORNEY

DECLARATION OF DAVID WELSH—4