**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Idaho

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 1:25-cv-676-AKB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/26/2025

Date of judgment or order you are appealing: 01/05/2026

Docket entry number of judgment or order you are appealing: 28

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Ramon, by and through next friend, G.C.; Thomas, by and through next friend, C.G.; Cameron, by and through next friend, B.E.; Anthony; and Wendy, on behalf of themselves and those similarly situated.

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

City: ___    State: ___    Zip Code: ___

Prisoner Inmate or A Number (if applicable): ___

**Signature** /s/ Jeffrey S. Beelaert    **Date** Jan 12, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                          *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Ramon, by and through next friend, G.C.; Thomas, by and through next friend, C.G.; Cameron, by and through next friend, B.E.; Anthony; and Wendy, on behalf of themselves and those similarly situated.

Name(s) of counsel (if any):

Jeffrey S. Beelaert, ISB No. 12384
Preston N. Carter, ISB No. 8462

Address: 601 W. Bannock, Boise, Idaho 83702

Telephone number(s): 208-388-1200

Email(s): jbeelaert@givenspursley.com; prestoncarter@givenspursley.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Juliet Charron, in her official capacity as Director, IDHW; Sasha O'Connell, in her official capacity as Deputy Directory, IDHW; Ross Edmunds in his official capacity as Administrator, Division of Behavioral Health

Name(s) of counsel (if any):

James E.M. Craig, ISB No. 6365
Brian V. Church, ISB No. 9391
Benjamin Sever, ISB No. 12120

Address: PO Box 83720, Boise, Idaho, 83720-0010

Telephone number(s): 208-334-2400

Email(s): james.craig@ag.idaho.gov; brian.church@ag.idaho.gov; ben.sever@ag.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*