RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
BENJAMIN SEVER, ISB #12120
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
ben.sever@ag.idaho.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| RAMON, by and through next friend, G.C.; THOMAS, by and through next friend, C.G.; CAMERON, by and through next friend, B.E; ANTHONY; and WENDY, on behalf of themselves and those similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> JULIET CHARRON, in her official capacity as Director, Idaho Department of Health and Welfare; SASHA O'CONNELL, in her official capacity as Deputy Director, Idaho Department of Health and Welfare; ROSS EDMUNDS, in his official capacity as Administrator, Division of Behavioral Health, <br><br> *Defendants*. | Case No. 1:25-cv-00676-AKB <br><br> **STIPULATION TO DISMISS** |

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants stipulate to the dismissal of this action with prejudice. Each party shall bear their own attorney fees and costs.

DATED: April 16, 2026

GIVENS PURSLEY LLP

/s/ Jeffrey S. Beelaert
JEFFREY S. BEELAERT
PRESTON N. CARTER

*Attorney for Plaintiffs*

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL
/s/ Benjamin C. Sever
BENJAMIN SEVER
Deputy Attorney General

*Attorney for Defendants*

/s/ Brian V. Church
BRIAN V. CHURCH
Lead Deputy Attorney General

*Attorney for Defendants*

/s/ James E.M. Craig
JAMES E. M. CRAIG
Division Chief, Civil Litigation
and Constitutional Defense

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 16, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Donald Z. Gray
GIVENS PURSLEY LLP
dongray@givenspursley.com

Megann Elizabeth Meier
GIVENS PURSLEY LLP
mem@givenspursley.com

Preston N. Carter
GIVENS PURSLEY LLP
prestoncarter@givenspursley.com

Jeffrey S. Beelaert
GIVENS PURSLEY LLP
jbeelaert@givenspursley.com

*Attorneys for Plaintiffs*

/s/ Benjamin C. Sever
BENJAMIN C. SEVER

STIPULATION TO DISMISS–2